**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM WEAVER,

      Plaintiff,

v.                                                     Case No:   6:23-cv-2059-CEM-LHP

GREEN SOLUTIONS OF FLORIDA LLC,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY (Doc. No. 21)**
>
> **FILED:** February 15, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Upon consideration of the Court's Order directing that Clerk's default be entered against Defendant, Doc. Nos. 22, 25, as well as Defendant's pending motion to set aside that default, Doc. No. 27, the above-styled Motion to Compel (Doc. No.

21) will be **DENIED without prejudice**. Plaintiff may renew the motion, as appropriate, if and when the default against Defendant is set aside. Should the default be set aside, and Plaintiff wish to refile the motion, the requirements set forth in the Standing Order on Discovery Motions will apply, and Plaintiff must conduct an updated conferral as required by that Order. *See* Doc. No. 18.

    **DONE** and **ORDERED** in Orlando, Florida on April 23, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties