UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM WEAVER,**

**Plaintiff,**

**v.**                                                         **Case No. 6:23-cv-2059-CEM-LHP**

**GREEN SOLUTIONS OF
FLORIDA LLC,**

**Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Class Certification (Doc. 39). The United States Magistrate Judge issued a Report and Recommendation (Doc. 45), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 45) is **ADOPTED** and made a part of this Order.

2.  Plaintiff's Motion for Class Certification (Doc. 39) is **GRANTED**.

    a.  The following class is **CERTIFIED**:

All persons (1) with a Florida area code telephone number (2) who received a call from GSFL Center (3) to a telephone number (a) purchased from Generational Energy or (b) for which Green Solutions has no record of the source (4) that was GSFL Center's first attempt to call the number and (5) was made using the ChaseData Dialer (6) in "Outbound" mode (7) as part of the "solar" campaign and (8) are included in Exhibit 8 to Plaintiff's expert's report.

 b. William Weaver is **APPOINTED** as class representative.

 c. The law firm of Kaufman P.A. is **APPOINTED** as class counsel.

 d. **On or before July 22, 2025** class counsel shall submit a proposed schedule for providing the class members notice under Federal Rule of Civil Procedure 23(c)(2).

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party