UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM WEAVER,

        Plaintiff,

v.                                                           Case No:   6:23-cv-2059-CEM-LHP

GREEN SOLUTIONS OF FLORIDA
LLC,

        Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. Plaintiff William Weaver instituted this action by complaint filed against Defendant Green Solutions of Florida LLC on October 25, 2023. Doc. No. 1. Defendant initially appeared in the case through counsel. Doc. Nos. 11, 14. However, on June 11, 2025, defense counsel withdrew. Doc. Nos. 46, 48. In the Order granting withdrawal, the Court noted that as an LLC, Defendant cannot proceed *pro se*. Doc. No. 48, at 2 (citing *S.E.C. v. Merchant Cap., LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear *pro se* and must be represented by counsel, not merely by a stockholder or officer.")). Accordingly,

the Court permitted Defendant thirty (30) days to retain new counsel and to cause counsel to appear on its behalf. *Id.* The Court cautioned Defendant that failure to do so "will result in default being entered against Defendant without further notice." *Id.*

The thirty (30) day deadline lapsed on July 11, 2025. Doc. No. 48. But on review of the docket, no counsel has appeared on behalf of Defendant. Accordingly, the **Clerk of Court** is **DIRECTED** to enter default against Defendant. The **Clerk of Court** is further **DIRECTED** to mail a copy of this Order to Defendant at the address reflected on the docket. Plaintiff shall file a properly supported motion for default judgment within the time period set forth in Local Rule 1.10(c).

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties