UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM WEAVER,

    Plaintiff,

v.                                      Case No:   6:23-cv-2059-CEM-LHP

GREEN SOLUTIONS OF FLORIDA
LLC and JOHN RIVERA,

    Defendants

---

ORDER

Before the Court is a Notice of Personal Status, Hardship, and Request for Relief, filed by Defendant John Rivera, appearing *pro se*. Doc. No. 74. The filing has been construed as a motion and referred to the undersigned. As far as relief, Mr. Rivera asks that the Court "recognize his inability to afford counsel or mediation fees at this time." *Id.*

Upon consideration, it is not entirely clear what affirmative relief Mr. Rivera seeks from the Court. But to the extent that the filing is a motion requesting to excuse his compliance with the mediation requirements set forth in the Amended Case Management and Scheduling Order (Doc. No. 72), the motion (Doc. No. 74) is **DENIED without prejudice** for failure to comply with the Local Rules, including

Local Rules 3.01(b) and 3.01(g). Any renewed motion must comply in full with all applicable Local Rules, and must set forth the precise relief sought from the Court.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties