**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM WEAVER,

      Plaintiff,

v.                             Case No:  6:23-cv-2059-CEM-LHP

GREEN SOLUTIONS OF FLORIDA
LLC and JOHN RIVERA,

      Defendants

---

### ORDER

Before the Court is a Motion to Be Excused from Mediation and for Relief from Mediation Requirement Due to Financial Hardship, filed by Defendant John Rivera who appears *pro se*. Doc. No. 76. Although the motion states that Plaintiff opposes the requested relief, Plaintiff has not filed a timely response. *See* Local Rule 3.01(c), (d). Accordingly, the Court considers the motion to be unopposed in all respects. *See* Local Rule 3.01(d).

Upon consideration, given Mr. Rivera's representations regarding his financial hardship, the request to be relieved from the formal mediation requirements is well taken. In lieu of formal mediation, the Court will refer this matter to a United States Magistrate Judge for a settlement conference.

Accordingly, the motion (Doc. No. 76) is **GRANTED**. It is **ORDERED** that the Clerk of Court is directed to assign a Magistrate Judge other than the undersigned to conduct a settlement conference in this case, pursuant to the usual procedures for such a selection. The parties shall attend the settlement conference at the assigned Magistrate Judge's direction.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -